**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI (SBN 131192)
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendant
ELK GROVE UNIFIED
SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.M., a minor, by and through his guardian ad litem, DAWN ERWIN,<br><br>Plaintiff,<br>v.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 2:22-CV-01035-TLN-KJN<br><br>**STIPULATION OF PARTIES TO EXTEND TIME TO FILE RESPONSIVE PLEADING; ORDER**<br><br>Judge: Troy L. Nunley<br>Courtroom: 2<br>Action Filed: 6/13/22<br>Trial Date: Not Assigned |

Plaintiff I.M. ("Plaintiff" or "I.M."), a minor by and through his guardian ad litem, DAWN ERWIN, and Defendant ELK GROVE UNIFIED SCHOOL DISTRICT ("Defendant"), hereby stipulate and agree as follows:

1. Plaintiff filed a Complaint in this action on June 13, 2022.

2. On August 4, 2022, the parties attended an all-day Mediation via Zoom at the Office of Administrative Hearing in Sacramento, California. The parties came to an agreement and settlement of the Due Process complaint and of this action and are in the process of drafting a Release and Settlement Agreement. The settlement will also require a motion for approval of the minor's settlement, which is expected to be filed shortly.

3. Defendant's response to Plaintiff's Complaint is due on August 16, 2022. As a result of the global settlement and the soon to be filed motion to approve the minor's settlement, the parties

stipulate to extend the time for Defendant to respond to Plaintiff's Complaint for 60 days. This would make the responsive pleading due on Friday, October 14th. This should be sufficient time to handle all the closing documents and have the motion heard.

**IT IS SO STIPULATED:**

Dated: August _____, 2022                                         SHAW FIRM

                                                                  /s/ Colleen A. Snyder
                                                                  COLLEEN A SNYDER
                                                                  Attorneys for Plaintiff
                                                                  I.M., a minor, by and through his guardian
                                                                  ad litem, DAWN ERWIN


Dated: August _____, 2022                                         SPINELLI, DONALD & NOTT

                                                                  /s/ Domenic D. Spinelli
                                                                  DOMENIC D. SPINELLI
                                                                  Attorneys for Defendant
                                                                  ELK GROVE UNIFIED
                                                                  SCHOOL DISTRICT

**GOOD CAUSE APPEARING,**

Defendant ELK GROVE UNIFIED SCHOOL DISTRICT will file a responsive pleading to Plaintiff's Complaint by October 14, 2022.

**IT IS SO ORDERED.**

Dated: August 16, 2022                                            _____
                                                                  Troy L. Nunley
                                                                  United States District Judge