Colleen A. Snyder (SB No. 274064)
colleen@shawfirm.com
Shaw Firm
3196 S. Higuera Street, Suite E
San Luis Obispo, CA 93401
Telephone: (805) 439-4646
Facsimile: (805) 301-8030
Attorneys for Plaintiff

Domenic Spinelli (SB No. 131192)
SPINELLI, DONALD & NOTT
A Professional Corporation
601 University Ave., Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.M., a minor, by and through his guardian ad litem, DAWN ERWIN,<br><br>Plaintiff,<br><br>vs.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO:  2:22-CV-1035-KJN<br><br>**ORDER APPROVING MINOR'S COMPROMISE**<br><br>(ECF No. 12.) |

Upon stipulation of the Parties, and finding good cause, the Global Settlement Agreement of I.M.'s educational claims, as further set forth in the Joint Petition for

-1-

Order Approving Minor's Compromise

Approval of Minor's Compromise, is hereby approved, including:

    a. The District will make a payment of $175,000 to a special needs trust established for the benefit of I.M.;

    b. Ms. Erwin may use a portion of the $175,000 to pay an attorney to establish the special needs trust pursuant to state law;

    c. The District will pay Plaintiff's attorneys fees incurred in this matter, in the amount of $44,000; and

    d. Upon approval of the Minor's Compromise, the parties through their counsel will prepare and file a stipulation and order of dismissal of this action with prejudice for the court's signature and entry.

**IT IS SO ORDERED.**

Dated: October 18, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD/BH, im.1035

-2-
Order Approving Minor's Compromise